Jonathan P. LaCour, Esq. (SBN: 285098)
Lisa Noveck, Esq. (SBN: 316660)
**EMPLOYEES FIRST LABOR LAW P.C.**
65 N. Raymond Ave., Suite 260
Pasadena, California 91103
Telephone:   (310) 853-3461
Facsimile:   (949) 743-5442
Email:        jonathanl@pierrelacour.com
              lisan@pierrelacour.com

Attorneys for Plaintiffs, EMILIO LEON, VERONICA GARZA, and HUGO GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO LEON, an individual, VERONICA GARZA, an individual, and HUGO GARCIA, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEDABOX, LLC, a Florida Limited Liability Company, JAN BEDNAR, an individual, IGNACIO ROBLES, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 5:20−cv−02291 SP<br><br>DECLARATION OF COUNSEL JONATHAN P. LACOUR ESQ. IN SUPPORT OF PLAINTIFFS' REPLY BRIEF TO DEFENDANTS' OPPOSITION TO MOTION TO REMAND<br><br>Date:　　　　　January 26, 2021<br>Time:　　　　　10:00 AM<br>Courtroom:　　03<br><br>Date Filed:　　　August 14, 2020<br>Date Of Removal: October 30, 2020<br>Judge:　　　　　Hon. Sheri Pym |

# DECLARATION OF COUNSEL JONATHAN LACOUR, ESQ.

I, Jonathan P. LaCour, declare as follows:

1. I am an attorney licensed to practice in the State of California and before the United States District Court for the Central District of California.

2. I am counsel for Plaintiffs Emilio Leon, Veronica Garza, and Hugo Garcia ("Plaintiffs"), in the above-entitled matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently hereto.

3. Due to the demanding turnaround during the holidays and COVID-19 protocols, my office has faced difficulty with rapid service of process. However, as of the date of this reply brief, Plaintiffs are still attempting to serve Mr. Robles and service is in progress.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 12th, 2020 at Pasadena, California.

　　　　　　　　　　　　　　　　　　_____/S/ Jonathan P. LaCour_____
　　　　　　　　　　　　　　　　　　Jonathan P. LaCour, Esq.
　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs
　　　　　　　　　　　　　　　　　　*Emilio Leon, Veronica Garza, Hugo Garcia*