JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO LEON, an individual, VERONICA GARZA, an individual; and HUGO GARCIA, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>BEDABOX, LLC, a Florida Limited Liability Company, JAN BEDNAR, an individual, IGNACIO ROBLES, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02291 SP<br><br>**ORDER DISMISSING CASE** |

The Court, having read and considered the Parties' Joint Stipulation for Dismissal and good cause therein appearing, hereby orders Plaintiffs' claims of Failure to Pay Minimum Wages (First Cause of Action), Failure to Furnish Wage and Hour Statements (Second Cause of Action), Failure to Provide Meal and Rest Period Compensation (Third Cause of Action), Failure to Pay Wages In A Timely Manner (Fourth Cause of Action), Failure to Pay Overtime Compensation (Fifth Cause of Action), Waiting Time Penalties (Sixth Cause of Action), Unfair Competition (Seventh Cause of Action), Violation of Labor Code Section 1102.5 (Eighth Cause of Action), and Wrongful Termination In Violation of Public Policy (Ninth Cause of Action) are dismissed with prejudice. Plaintiffs' claim for penalties under the Private Attorney General Act, Labor Code § 2698, *et seq.* (Tenth Cause of Action) is dismissed without prejudice. Each party shall bear its own attorney's fees and costs and expenses incurred in connection with this action.

**IT IS SO ORDERED.**

Dated: November 19, 2021

_____
Hon. Sheri Pym
U.S. Magistrate Judge